1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL HERNANDEZ GONZALEZ,

         Plaintiff,

    v.

FRESNO SHERIFF DEPT., et al.,

         Defendants.
_____/

Case No. 1:15-cv-01200-SKO (PC)

ORDER DENYING PLAINTIFF'S MOTION
TO FILE PARTIAL AMENDMENT

(Doc. 10)

      Plaintiff Michael Hernandez Gonzalez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 3, 2015.   On September 25, 2015, Plaintiff filed a motion seeking leave to add facts and claims for relief.

      At this stage in the proceedings, Plaintiff may amend once as a matter of right without leave of court, Fed. R. Civ. P. 15(a)(1), but his amended complaint must be complete within itself without reference to his prior pleading, Local Rule 220; *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 907 n.1 (9th Cir. 2012) (en banc).   Construed as a motion seeking leave to file a partial amendment,  Plaintiff's motion is DENIED.  If Plaintiff wishes to file an amended complaint that is complete within itself without reference to his original complaint, he may do so without leave of court.

IT IS SO ORDERED.

Dated:   __October 13, 2015__                                    _____/s/ Sheila K. Oberto_____
                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28