# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>THE FRESNO SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. 1:15-cv-01200-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A TRIAL DATE<br><br>(ECF No. 71) |

Plaintiff Michael Hernandez Gonzalez ("Plaintiff"), who was a pretrial detainee at the time of the incident, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Mims, Gutierrez, Palacios, and Nemoto for allegedly failing to protect Plaintiff in violation of the Fourteenth Amendment. The Court issued an amended discovery and scheduling order on March 20, 2018. (ECF No. 68.)

Currently before the Court is Plaintiff's motion to set a trial date, as well as a request to update his mailing address, filed August 21, 2018. (ECF No. 71.)

Plaintiff's request to set this matter for trial is premature. Discovery has just concluded on August 20, 2018, and the deadline for dispositive motions (other than a motion for summary judgment for failure to exhaust) is October 19, 2018. Defendants have not indicated that they wish to forego filing a dispositive motion in this matter, and therefore this action is not ready to set for trial.

To the extent Plaintiff merely requests that the Court set a trial date so that he may inform Defendants of his new address, Plaintiff is informed that the Court has updated his mailing

1

address on the docket, and Defendants will receive notice of that. However, Plaintiff is also reminded that he is responsible for notifying the Court **and** all other parties of any changes to his mailing address.

Accordingly, Plaintiff's motion to set a trial date, (ECF No. 71), is DENIED.

IT IS SO ORDERED.

Dated: **August 22, 2018**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE