# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ, | Case No. 1:15-cv-01200-BAM (PC) |
| Plaintiff, | ORDER VACATING SEPTEMBER 7, 2018, HEARING ON DEFENDANTS' MOTION TO DISMISS |
| v. | |
| THE FRESNO SHERIFF'S DEPARTMENT, et al., | (ECF No. 74) |
| Defendants. | |

Plaintiff Michael Hernandez Gonzalez ("Plaintiff"), who was a pretrial detainee at the time of the incident, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Mims, Gutierrez, Palacios, and Nemoto for allegedly failing to protect Plaintiff in violation of the Fourteenth Amendment.

On August 23, 2018, Defendants filed a motion to dismiss this action for Plaintiff's failure to comply with Court orders, or alternatively to amend the discovery and scheduling order. (ECF No. 74.) Defendants set the motion for hearing before the undersigned on September 7, 2018, at 9:00 a.m. (Id.)

The parties are advised that, pursuant to Local Rule 230(l), "all motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding *in propia persona*, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar."

1

1 | Although Plaintiff has apparently been released from custody, it is the Court's general practice to
2 | apply Local Rule 230(l) and certain other local rules concerning actions in which one party is
3 | incarcerated and proceeding *in propia persona*, even when the *pro se* plaintiff is no longer
4 | incarcerated.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The motion hearing set for September 7, 2018, is VACATED; and
2. Plaintiff's opposition or statement of non-opposition to Defendants' motion remains due within **twenty-one (21) days** after the date of service of the motion.

IT IS SO ORDERED.

Dated: **August 27, 2018**　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE