# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>THE FRESNO SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. 1:15-cv-01200-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE CLARIFYING HIS INTENT<br><br>(ECF No. 77)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Michael Hernandez Gonzalez ("Plaintiff") who was a pretrial detainee at the time of the incident, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Mims, Gutierrez, Palacios, and Nemoto for allegedly failing to protect Plaintiff in violation of the Fourteenth Amendment.

On August 23, 2018, Defendants filed a motion to dismiss this action for Plaintiff's failure to comply with Court orders, or alternatively to amend the discovery and scheduling order. (ECF No. 74.) On September 12, 2018, Plaintiff filed a document which appears to indicate his non-opposition to Defendants' motion to dismiss, or to the hearing on Defendants' motion to dismiss. (ECF No. 77.) Defendants have not filed a response.

In his filing, Plaintiff states that he is seeking an attorney to represent him in this matter. Plaintiff also states that he was released from prison on April 25, 2018, after which he reported to his parole agent. Plaintiff was apparently shot nine times on May 11, 2018, and was hospitalized

1

until July.  After that time, he remained homeless and without income, and is currently residing at a mental ward.  (Id.)

Based on this filing, it is not clear to the Court whether Plaintiff intended to file a non-opposition to the motion to dismiss, or whether he intends to proceed with this litigation. Although the document is titled as a non-opposition, Plaintiff goes on to explain that he is seeking representation, and to provide a justification for his failure to communicate with the Court in recent months.

In light of Plaintiff's *pro se* status, the Court finds it appropriate to allow Plaintiff additional time to clarify his intent, and to file an opposition to Defendants' motion to dismiss, if he wishes to do so.

Accordingly, within **twenty-one (21) days** from the date of service of this order, Plaintiff shall clarify, in writing, whether he does not oppose the granting of Defendants' motion to dismiss, which may result in dismissal of this action, or whether he intends to proceed with the litigation and participate to the best of his ability.  **Plaintiff's failure to respond to the Court's order will result in dismissal of this action for failure to obey a court order and failure to prosecute**.

IT IS SO ORDERED.

Dated:   **October 3, 2018**                         /s/ *Barbara A. McAuliffe*           _
                                                         UNITED STATES MAGISTRATE JUDGE